JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cedar Lane Technologies, Inc., | Case No. CV 20-1351-GHW-Ex |
| Plaintiff, | **ORDER ON VOLUNTARY DISMISSAL** |
| v. | |
| Go Green Mobile Power LLC, | |
| Defendant. | |

**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

This matter is before the Court on Plaintiff Cedar Lane Technologies, Inc.'s, Notice of Voluntary Dismissal **without prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **without prejudice.**

SO ORDERED: June 5, 2020

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE